**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-7371**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JARRID DELMONT CROPPER,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:13-cr-00027-RGD-LRL-1)

Submitted: March 24, 2022                 Decided: March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jarrid Delmont Cropper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarrid Delmont Cropper appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's determination that Cropper failed to demonstrate an extraordinary and compelling basis for relief. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (providing standard of review). Accordingly, we deny Cropper's motion to appoint counsel and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*